1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.     Bar #: 185736
2  3033 Fifth Avenue, Suite 410
   San Diego, CA  92103
3  Telephone: (619) 858-3671
   Facsimile: (619) 858-3646
4
   Attorneys for Plaintiff
5

6

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9

10 | ROBERT McCARTHY ,                              | **Case No.:  C07-3597 MMC**
11 |                                                |
   |            Plaintiff,                          | **NOTICE OF VOLUNTARY DISMISSAL**
12 |    v.                                          | **WITH PREJUDICE OF ALL**
   |                                                | **DEFENDANTS AND PLAINTIFF'S**
13 | RAPS HOSPITALITY GROUP d.b.a.                  | **COMPLAINT IN ITS ENTIRETY**
14 | HOLIDAY INN EXPRESS HOTEL &
   | SUITES; RAPS NEWARK, INC.; RAPS
15 | NEWARK, LLC; INTERCONTINENTAL
   | HOTELS GROUP; And DOES 1 THROUGH               | [Fed.R.Civ.P. Rule 41(a)(1)]
16 | 10, Inclusive
   |            Defendants.
17

18

19

20

21

22

23

24

25

26 ///

27 ///

   ///
28

                                      1   Case Number: **C07-3597 MMC**       )

Document Date: October 4, 2007

1
2   Plaintiff ROBERT MCCARTHY hereby gives Notice of his Voluntary Dismissal WITH
3   Prejudice as to all Defendants and Plaintiff's Complaint in its entirety.  No Defendants officially
4   appeared in this action.
5
6   **IT IS SO REQUESTED AND NOTICE GIVEN.**
7
8   Dated:  September 4, 2007                    **PINNOCK & WAKEFIELD, A.P.C.**
9                                   By:    _/S/_ David C. Wakefield
10                                         David C. Wakefield, Esq.
                                           Attorney for Plaintiff Robert McCarthy

2   Case Number: **C07-3597 MMC**   )

Document Date: October 4, 2007